**People of the State of Illinois, Plaintiff-Appellee, v. Paul Horonzy, Defendant-Appellant.**

**Gen. No. 54,383.**

First District, Third Division.

September 3, 1970.

 Gerald
W. Getty, Public Defender of Cook County, of Chicago, for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago, for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.